REEMTSMA V. STATE

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-429-CR

TED WILLIAM REEMTSMA APPELLANT

V.

THE STATE OF TEXAS STATE

------------

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Ted William Reemtsma appeals the trial court’s judgment revoking his community supervision for felony driving while intoxicated.  In a single issue, appellant complains that the trial court erred by ordering him to pay a $1000 fine as a condition of parole.  The State concedes that the trial court was without authority to order repayment of a fine as a condition of parole.
(footnote: 2) Accordingly, we sustain appellant’s issue and modify the trial court’s judgment to omit the provision in the judgment requiring appellant to pay a $1000 fine as a condition of parole.
(footnote: 3)  We affirm the trial court’s judgment as modified.
(footnote: 4)
 PER CURIAM

PANEL F: CAYCE, C.J.; WALKER and MCCOY, JJ.

DO NOT PUBLISH

Tex. R. App. P.
 47.2(b)

DELIVERED:  August 10, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.

2:
See Slaughter v. State,
 Nos. 02-04-00050-CR, 02-04-00051-CR, 2005 WL 183142, at *1 (Tex. App.—Fort Worth Jan. 27, 2005, no pet.) (mem. op.) (not designated for publication); 
Green v. State,
 Nos. 02-03-00377-CR, 02-03-00397-CR, 2005 WL 78326, at *4 (Tex. App.—Fort Worth Jan. 13, 2005, no pet.) (mem. op.) (not designated for publication) (both holding same).

3:
Belt v. State,
 127 S.W.3d 277, 281 (Tex. App.—Fort Worth 2004, no pet.); 
Green,
 2005 WL 78326, at *4.

4:
See 
Tex. R. App. P. 
43.2(b).